**1503  BACON vs. MERRICK (Assessor School Dist.), No. 12298.**

To compel payment to relator of one month's salary as teacher.

Denied October 28, 1891, without prejudice and without costs.

Respondent insisted that the contract with relator did not provide for monthly payments; that at the time the order was drawn relator had not performed one month's services, and that the person who signed the order as director was not an officer of the board.

**1504  HAZEN vs. LERCHE (Assessor School District), 47 M., 626.**

To compel payment of an order for one month's salary as school teacher.

Denied January 25, 1882.

The return set forth that relator was employed by two members of the school board without calling any meeting of the board and without consultation with respondent or his knowledge.

**1504½  COFFIN vs. BOARD OF EDUCATION (Detroit), No. 16357, 4 D. L. N., 609.  (Certiorari to Wayne.)**

To compel respondent to pay relator's salary as teacher.

The circuit judge granted the writ. Reversed and writ denied September 14, 1897.

Held, that where a contract of employment entered into between a teacher and a board of education had been terminated by the board, mandamus will not lie to review the action of the board and compel payment of salary under such contract.